# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. 2:18-cr-364-RGK    Date 5/19/22

Title United States v. Julian Travis Major

Present: The Honorable Gail J. Standish

Holidae Crawford /EQ            n/a
Deputy Clerk                    Court Reporter / Recorder

Attorneys Present for Government:    Attorneys Present for Defendant:
n/a                                   n/a

**Proceedings:** (IN CHAMBERS) **ORDER OF DETENTION – PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Lack of bail resources

☐ Refusal to interview with Pretrial Services

☐ No stable residence or employment

☒ Previous failure to appear or violations of probation, parole, or release

☐ Ties to foreign countries

☒ Allegations in petition

☒ Defendant was advised of warrant but failed to surrender.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. 2:18-CR-00364-RGK    Date 5.19.22

Title United States v. JULIAN TRAVIS MAJOR

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Nature of previous criminal convictions

☒ Allegations in petition

☒ Substance abuse

☐ Already in custody on state or federal offense

☐

* * *

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.